| | | |
|---|---|---|
| STATE OF INDIANA | ) | LAKE _____ COURT |
| | ) SS: | ROOM NUMBER _____ |
| COUNTY OF LAKE | ) | _____, INDIANA |

THOMAS FRANCISKI,     )
                        )
    Plaintiff,        )
                        )
vs.                   )    Cause No.:    45C01-2012-CT-001173
                        )
BEST BUY, BEST BUY CO,   )
INC., BEST BUY STORES, LP, )
MAC EXPRESS TRUCKING   )
COMPANY, J.B. HUNT       )
TRANSPORT, INC, J.B.        )
HUNT, LLC              )
                        )
    Defendants.      )

## COMPLAINT FOR DAMAGES AND JURY DEMAND

Comes now Plaintiff, Thomas Franciski, by counsel, Terrence M. Rubino of Rubino, Ruman, Crosmer & Polen, and for his complaint against the Defendants, Best Buy, Best Buy, Co, Inc, Best Buy Stores, LP, Mac Express Trucking Company, J.B. Hunt Transport, Inc., and J.B. Hunt, LLC, states as follow:

1.    On December 3, 2018, Plaintiff, Thomas Franciski, invited the Defendants to his home located at 2608 Birch Avenue, Whiting, IN 46394, to deliver a dryer he ordered from Best Buy.

2.    That at said date and place, the Defendants were negligent and at fault and created and unsafe condition for Plaintiff, Thomas Franciski,

3.    That as a direct and proximate result of the Defendants' fault and negligence, the Plaintiff was injured, some of which may be permanent, incurred medical expenses, economic loss, and was otherwise damaged when

**EXHIBIT**

A

he tripped and fell on the straps that were left laying on the floor by the Defendants.

WHEREFORE, Plaintiff demands judgment against the Defendants in an amount which will reasonably compensate him for his damages, cost, interest and a other just and proper relief.

_____
TERRENCE M. RUBINO (Atty #6220-45)
RUBINO, RUMAN, CROSMER & POLEN
Attorney for Plaintiff


## JURY DEMAND

Plaintiff, by counsel, demands trial by jury.

_____
TERRENCE M. RUBINO (Atty #6220-45)
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311
(219) 322-8222
Attorney for Plaintiff

STATE OF INDIANA ) 
                     ) SS: 
COUNTY OF LAKE )

LAKE _____ COURT
ROOM NUMBER _____
_____, INDIANA

THOMAS FRANCISKI, )
                     )
    Plaintiff, )
                     )
vs. )
                     )
BEST BUY, BEST BUY CO, )
INC., BEST BUY STORES, LP, )
MAC EXPRESS TRUCKING )
COMPANY, J.B. HUNT )
TRANSPORT, INC, J.B. )
HUNT, LLC )
                     )
    Defendants. )

Cause No.:
    45C01-2012-CT-001173

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
Initiating _X___      Responding _____      Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party___Plaintiff, Thomas Franciski_____

    Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

    _____

    Telephone # of party _____

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Name: Terrence M. Rubino_____      Atty Number: 6220-45

Address: Rubino, Ruman, Crosmer & Polen, 275 Joliet Street, Suite 330, Dyer, IN 46311

Phone: (219) 322-8222      Fax: (219) 322-6675

Email Address: trubino@rubinoruman.com

*(List on continuation page additional attorneys appearing for above party)*

**IMPORTANT:** Each attorney specified on this appearance:
  (a) certifies that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date this Appearance is filed;
  (b) acknowledges that all orders, opinions, and notices in this matter served under Trial Rule 86(G) will be sent to the attorney at the email address specified by the attorney on the Roll of Attorneys *regardless of the contact information listed above for the attorney*; and
  (c) understands that he is solely responsible for keeping his Roll of Attorneys contact information current and accurate, *see* Ind. Admis. Disc. R. 2(A).

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No _X___ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No _X___ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

  _____ Attorney's address

  _____ The Attorney General Confidentiality program address
  (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

  _____ Another address (provide)

  _____

6. This case involves a petition for involuntary commitment. Yes ____ No _X___

7. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

  a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

  b. State of Residence of person subject to petition: _____

  c. At least one of the following pieces of identifying information:

      (i) Date of Birth _____
      (ii) Driver's License Number _____
          State where issued _____ Expiration date _____
      (iii) State ID number _____

State where issued _____ Expiration date _____

  (iv) FBI number _____

  (v) Indiana Department of Corrections Number _____

  (vi) Social Security Number is available and is being provided in an attached
       confidential document Yes _____ No _____

8. There are related cases: Yes _____ No _X___ *(If yes, list on continuation page.)*

9. Additional information required by local rule:

_____

10. There are other party members: Yes _____ No_X___ *(If yes, list on continuation page.)*

11. This form has been served on all other parties and Certificate of Service is attached:
    Yes___ No_X__

                           */s/ Terrence M. Rubino*_____
                           Terrence M. Rubio (6220-45)
                           Attorney-at-Law
                           (Attorney information shown above)

2. CONTINUATION PAGE (Additional Attorneys Appearing)

Name: Andrew A. Crosmer_____     Atty Number: 11531-45

Address: Rubino, Ruman, Crosmer & Polen,

275 Joliet Street, Suite 330, Dyer, IN 46311

Phone: (219) 322-8222 Fax: (219) 322-6675

Email Address: acrosmer@rubinoruman.com


Name: Michael E. Polen, Jr._____     Atty Number: 25052-45

Address: Rubino, Ruman, Crosmer & Polen, 275 Joliet Street, Suite 330, Dyer, IN 46311

Phone: (219) 322-8222     Fax: (219) 322-6675

Email Address: mpolen@rubinoruman.com

Filed: 12/2/2020 10:37 Al
Cler
Lake County, Indiar

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

THOMAS FRANCISKI,
    Plaintiff

-vs-                      )

BEST BUY, BEST BUY, CO. INC., BEST BUY STORES,  )         45C01-2012-CT-001173
LP, MAC EXPRESS TRUCKING COMPANY, J.B. HUNT  )
TRANSPORT, INC., and J. B. HUNT LLC,        )  CAUSE NO.:
    Defendants                     )      **SUMMONS**
                                   )

THE STATE OF INDIANA TO THE DEFENDANT:

Best Buy

c/o CT Corporation System, registered agent

251 E. Ohio St, Ste 100

Indianapolis, IN 46204

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

    The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

    You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

    In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

    However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

    If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

    The following manner of service is hereby designated: <u>CERTIFIED MAIL</u>

Attorney for Plaintiff: Terrence M. Rubino      Date: <u>12/2/2020</u> *Lorenzo Arredondo*

  Ind. Atty. No.:    <u>6220-45</u>          CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Rubino, Ruman, Crosmer & Polen         By:
275 Joliet Street, Suite 330
Dyer, IN 46311              Deputy Clerk    KP
Tel. No.: 219/322-8222

LAKE COUNTY COURTS

**SEAL**

INDIANA

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable (A) to Clerk to the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

### CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20___          By:_____
                                              Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20___.

### CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20___          By:_____
                                              Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.   By delivering on _____, 20___, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
2.   By leaving on _____, 20___, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
3.   This SUMMONS came to hand this date. _____ 20___. The within named _____ was not found in my bailiwick this date. _____, 20___.
ALL DONE IN LAKE COUNTY, INDIANA.

### SHERIFF OF LAKE COUNTY, INDIANA

By:_____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date, _____, 20___.

_____
Signature of Defendant

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

THOMAS FRANCISKI,
    Plaintiff

-vs-

BEST BUY, BEST BUY, CO. INC., BEST BUY STORES,
LP, MAC EXPRESS TRUCKING COMPANY, J.B. HUNT
TRANSPORT, INC., and J. B. HUNT LLC,
    Defendants

)
)
)     45C01-2012-CT-001173
)
)    CAUSE NO.:
)          **SUMMONS**
)
)

THE STATE OF INDIANA TO THE DEFENDANT:

Best Buy Co, Inc.

c/o CT Corporation System, registered agent

251 E. Ohio St, Ste 100

Indianapolis, IN 46204

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:  <u>CERTIFIED MAIL</u>

Attorney for Plaintiff: Terrence M. Rubino     Date: <u>12/2/2020</u>   *Lorenzo Arredondo*

Ind. Atty. No.:   6220-45

Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

By:    KP
    Deputy Clerk

(SEAL - LAKE COUNTY COURTS INDIANA)

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returned to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__          By:_____

                                        Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20__.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20__          By:_____

                                        Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.  By delivering on _____, 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
2.  By leaving on _____, 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
3.  This SUMMONS came to hand this date, _____ 20__. The within named _____ was not found in my bailiwick this date, _____, 20__.

ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA

By:_____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date. _____, 20__.

_____

Signature of Defendant

Filed: 12/2/2020 10:37 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

THOMAS FRANCISKI,
   Plaintiff

-vs-

BEST BUY, BEST BUY, CO. INC., BEST BUY STORES,  )
LP, MAC EXPRESS TRUCKING COMPANY, J.B. HUNT  )   CAUSE NO.:
TRANSPORT, INC., and J. B. HUNT LLC,  )
   Defendants  )

45C01-2012-CT-001173

**SUMMONS**

THE STATE OF INDIANA TO THE DEFENDANT:

Best Buy Stores, LP

c/o CT Corporation System, registered agent

150 West Market Street, Suite 800

Indianapolis, IN 46204

    You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

    The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

    You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

    In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

    However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

    If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

    If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

    The following manner of service is hereby designated:  <u>CERTIFIED MAIL</u>

Attorney for Plaintiff: Terrence M. Rubino    Date: <u>12/2/2020</u>    *Lorenzo Arredondo*

    Ind. Atty. No.:    <u>6220-45</u>

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Rubino, Ruman, Crosmer & Polen    By:    KP
275 Joliet Street, Suite 330        Deputy Clerk
Dyer, IN 46311
Tel. No.: 219/322-8222

*(SEAL — LAKE COUNTY COURTS, INDIANA)*

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be addressed to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__          By:_____
                                                        Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20__.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20__          By:_____
                                                        Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.     By delivering on _____, 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2.     By leaving on _____, 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3.     This SUMMONS came to hand this date, _____ 20__. The within named _____ was not found in my bailiwick this date, _____, 20__.

ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA

By:_____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____. Indiana, on this date, _____, 20__.

_____
Signature of Defendant

Filed: 12/2/2020 10:37 AM
Clerk
Lake County, Indiana

| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

THOMAS FRANCISKI,
    Plaintiff

-vs-

BEST BUY, BEST BUY, CO. INC., BEST BUY STORES,
LP, MAC EXPRESS TRUCKING COMPANY, J.B. HUNT
TRANSPORT, INC., and J. B. HUNT LLC,
    Defendants

)
)
)
)
)
)
)

CAUSE NO.:

45C01-2012-CT-001173

# SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

> Mac Express Trucking Company
>
> c/o Mario McIntosh, registered agent
>
> 650 W. Grand Ave, Ste. 301
>
> Elmhurt, IL 60126

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: <u>CERTIFIED MAIL</u>

Attorney for Plaintiff: Terrence M. Rubino    Date: _12/2/2020_    _Lorenzo Arredondo_

Ind. Atty. No.:   6220-45

Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

By:    KP

    Deputy Clerk

*LAKE COUNTY COURTS*
**SEAL**
*INDIANA*

PREPARATION DATA:

All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.

If service is by certified mail a properly addressed envelope shall be provided for each Defendant.

Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returned to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__          By:_____
                                           Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20__.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20__          By:_____
                                          Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.    By delivering on _____, 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).
2.    By leaving on _____, 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.
3.    This SUMMONS came to hand this date. _____ 20__. The within named _____ was not found in my bailiwick this date, _____, 20__.
ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA

By:_____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date. _____, 20__.

_____
Signature of Defendant

Filed: 12/2/2020 10:37 AM
Clerk
Lake County, Indiana

| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

THOMAS FRANCISKI,
　Plaintiff

-vs-

BEST BUY, BEST BUY, CO. INC., BEST BUY STORES,
LP, MAC EXPRESS TRUCKING COMPANY, J.B. HUNT
TRANSPORT, INC., and J. B. HUNT LLC,
　Defendants

45C01-2012-CT-001173

CAUSE NO.:

**SUMMONS**

THE STATE OF INDIANA TO THE DEFENDANT:

J. B. Hunt Transportation, Inc.

c/o Corporation Service Company, registered agent

135 North Pennsylvania Street, Suite 1610

Indianapolis, IN 46204

　You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

　The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

　You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

　In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

　However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

　If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

　If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

　The following manner of service is hereby designated:　CERTIFIED MAIL

Attorney for Plaintiff: Terrence M. Rubino　　　　Date:　12/2/2020　　*Lorenzo Arredondo*

Ind. Atty. No.:　6220-45

Rubino, Ruman, Crosmer & Polen
275 Joliet Street, Suite 330
Dyer, IN 46311
Tel. No.: 219/322-8222

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

By:　KP

　　Deputy Clerk

*(SEAL: LAKE COUNTY COURTS — SEAL — INDIANA)*

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____. 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____. by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____. 20__          By:_____
                                                                    Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____. 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____. 20__.

CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____. 20__          By:_____
                                                                    Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.       By delivering on _____. 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2.       By leaving on _____. 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____. Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3.       This SUMMONS came to hand this date. _____ 20__. The within named _____ was not found in my bailiwick this date. _____. 20__.
ALL DONE IN LAKE COUNTY, INDIANA.

SHERIFF OF LAKE COUNTY, INDIANA

By:_____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date, _____. 20__.

_____
Signature of Defendant

Filed: 12/2/2020 10:37 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

THOMAS FRANCISKI,
　　Plaintiff

-vs- )
　　)
BEST BUY, BEST BUY, CO. INC., BEST BUY STORES, )
LP, MAC EXPRESS TRUCKING COMPANY, J.B. HUNT )　CAUSE NO.:　　45C01-2012-CT-001173
TRANSPORT, INC., and J. B. HUNT LLC, )
　　Defendants )
　　)

## SUMMONS

THE STATE OF INDIANA TO THE DEFENDANT:

J. B Hunt, LLC

c/o Thomas C. Vaughan, Jr., registered agent

11300 Cantrell Rd, Ste. 201

Little Rock, AR 72212

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or other process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated:  CERTIFIED MAIL

Attorney for Plaintiff: Terrence M. Rubino　　Date: _12/2/2020_

　　　　　　　　　　　　　　　　　　　*Lorenzo Arredondo*

　　　　　　　　　　　　　　CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Ind. Atty. No.:　6220-45

Rubino, Ruman, Crosmer & Polen　　By:　　KP
275 Joliet Street, Suite 330　　　　　　Deputy Clerk
Dyer, IN 46311
Tel. No.: 219/322-8222

(SEAL: LAKE COUNTY COURTS · INDIANA)

PREPARATION DATA:
All Summons are to be prepared in triplicate with the original of each to be placed in the Court file with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (Form: CS 1/97)

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20__, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant,_____, by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

### CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated: _____, 20__          By:_____
                                            Deputy Clerk

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant _____ was accepted by the Defendant on the_____ day of _____, 20__.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT was returned not accepted on the _____day of _____, 20__.

### CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:_____, 20__          By:_____
                                            Deputy Clerk

## RETURN OF SERVICE OF SUMMONS BY SHERIFF

I hereby certify that I have served the within SUMMONS:

1.    By delivering on _____, 20__, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2.    By leaving on _____, 20__, for each of the within named person(s) _____ a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of _____ in _____, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3.    This SUMMONS came to hand this date. _____ 20__. The within named _____ was not found in my bailiwick this date. _____, 20__.
ALL DONE IN LAKE COUNTY, INDIANA.

### SHERIFF OF LAKE COUNTY, INDIANA

By:_____

## SERVICE ACKNOWLEDGED

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same dated attached thereto were received by me at _____ in _____ Indiana, on this date. _____, 20__.

_____
Signature of Defendant

STATE OF INDIANA )        LAKE CIRCUIT COURT
                   ) SS:
COUNTY OF LAKE )        CROWN POINT, INDIANA

THOMAS FRANCISKI,      )
                         )
     Plaintiff,          )
                         )
vs.                     )      Cause No.: 45C01-2012-CT-001173
                         )
BEST BUY, BEST BUY CO,   )
INC., BEST BUY STORES, LP, )
MAC EXPRESS TRUCKING   )
COMPANY, J.B. HUNT      )
TRANSPORT, INC, J.B.       )
HUNT, LLC               )
                         )
     Defendants.       )

## <u>MOTION TO DISMISS DEFENDANT, J.B. HUNT, LLC, ONLY</u>

Comes now plaintiff, Thomas Franciski, by counsel, Rubino, Ruman, Crosmer & Polen, by Terrence M. Rubino, and requests the Court to dismiss Defendant J.B. Hunt, LLC, only, with prejudice as they are not a proper party defendant. Plaintiff's Complaint against defendants, Best Buy, Best Buy Co., Best Buy Stores, LP, Mac Express Trucking Company, and J.B. Hunt Transport, Inc., shall remain in full force and effect.

                         */s/ Terrence M. Rubino*
                         TERRENCE M. RUBINO, #6220-45
                         Rubino, Ruman, Crosmer & Polen
                         275 Joliet Street, Suite 330
                         Dyer, IN 46311
                         (219) 322-8222
                         trubino@rubinoruman.com
                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on the 21st day of December, 2020, I electronically filed the above and foregoing pleading using the Court's e-filing system, and that service was made upon defendant by depositing in the United States mail, postage pre-paid.

_/s/ Terri J. Laski_

STATE OF INDIANA    )         IN THE LAKE CIRCUIT COURT
               ) SS:
COUNTY OF LAKE    )         CAUSE NO. 45C01-2012-CT-001173

THOMAS FRANCISKI,        )
                      )
        Plaintiff,      )
                      )
   v.                  )
                      )
BEST BUY, BEST BUY CO., INC.,    )
BEST BUY STORES, LP, MAC     )
EXPRESS TRUCKING COMPANY,   )
J.B. HUNT TRANSORT, INC.,      )
J.B. HUNT, LLC,            )
                      )
        Defendants.    )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** Initiating____Responding  X  Intervening _____

1.     The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

          **DEFENDANTS, Best Buy, Best Buy, Co., Inc., Best Buy Stores, LP
          and J.B. Hunt Transport, Inc.**

2.     Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

    Name: Keith A. Gaston, Esq.          Atty. Number: 7069-49
    Name: Bruce D. Jones, Esq.          Atty. Number: 28624-29
    Name: Bradley M. Owen, Esq.       Atty. Number: 32711-32
    Name: Rachel O. Webster, Esq.      Atty. Number: 34251-49
    Address: Cruser, Mitchell, Novitz,     Phone: (317) 816-0300
    Sanchez, Gaston & Zimet, LLP      FAX:  (317) 816-1604
    3077 E. 98th Street, Suite 280      E-Mail:  kgaston@cmlawfirm.com
    Indianapolis, IN 46280           bjones@cmlawfirm.com
                                    bowen@cmlawfirm.com
                                    rwebster@cmlawfirm.com

    **IMPORTANT:**  Each attorney specified on this appearance:

    (a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;** and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a CT case type as defined in Administrative Rule 8(B)(3).

4. This case involves child support issues. Yes___No_X_

5. There are other party members: Yes___No_X_

6. This case involves support issues. Yes___No_X_

7. There are related cases: Yes___No_X_

8. This form has been served on all other parties. Certificate of Service is attached: Yes_ No_X_

9. Additional information required by local rule:

> Respectfully submitted,
>
> CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP
>
> /s/ Keith A. Gaston, Esq.
> Keith A. Gaston, Esq., #7069-49
>
> /s/ Bruce D. Jones, Esq.
> Bruce D. Jones, Esq., #28624-29
>
> /s/ Bradley M. Owen, Esq.
> Bradley M. Owen, Esq., #32711-32
>
> /s/ Rachel O. Webster, Esq.
> Rachel O. Webster, Esq., #34251-49
>
> *Counsel for Defendants, Best Buy, Best Buy, Co., Inc., Best Buy Stores, LP and J.B. Hunt Transport, Inc.*

2

CRUSER, MITCHELL, NOVITZ, SANCHEZ,
GASTON & ZIMET, LLP
3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
(317) 816 0300
(317) 816 1604 (fax)

## CERTIFICATE OF SERVICE

I certify that on December 21, 2020, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on December 21, 2020, the foregoing document was served upon the following person via IEFS.

Terrence M. Rubino, Esq.
RUBINOUMAN, CROSSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311

/s/ Bradley M. Owen, Esq.

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Best Buy Stores, LP
C CT Corporation System
West Market St., Suite 800
Indianapolis, IN 46204

9590 9402 5663 9308 2218 54

Article Number (Transfer from service label)
7018 1830 0000 9143 6427

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

Filed: 12/22/2020 11:30 AM
Cler
Lake County, Indian

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70180360000053894738

Remove ✕

Your item was delivered to an individual at the address at 12:43 pm on December 7, 2020 in
ELMHURST, IL 60126.

## ✅ Delivered

December 7, 2020 at 12:43 pm
Delivered, Left with Individual
ELMHURST, IL 60126

Get Updates ⌄

Feedback

Text & Email Updates

Tracking History

Product Information

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Kat Mendoza_ ☐ Agent ☐ Addressee <br> B. Received by *(Printed Name)* C. Date of Delivery |
| 1. Article Addressed to: <br> Mcc Express Trucking <br> c/o Mario McIntosh <br> 650 W. Grand Ave., Ste 301 <br> Elmhurst, IL 60126 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9402 5663 9308 2218 30 | 3. Service Type ☐ Priority Mail Express® <br> ☑ Adult Signature ☐ Registered Mail™ <br> ☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted Delivery <br> ☑ Certified Mail® <br> ☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise <br> ☐ Collect on Delivery <br> ☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™ |
| 2. Article Number *(Transfer from service label)* <br> 7018 0360 0000 5389 4738 | ☐ ...ail ☐ Signature Confirmation Restricted Delivery <br> ...ail Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**DER:** *COMPLETE THIS SECTION*

mplete items 1, 2, and 3.

nt your name and address on the reverse
that we can return the card to you.

ach this card to the back of the mailpiece,
on the front if space permits.

icle Addressed to:

3. Hunt Transportation, Inc.

Corporation Service Co.

5 North Pennsylvania St, Ste 160

dianapolis, IN 46204

9590 9402 5663 9308 2217 55

icle Number *(Transfer from service label)*

7018 0360 0000 5389 4745

rm **3811**, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| STATE OF INDIANA | ) | LAKE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CROWN POINT, INDIANA |

THOMAS FRANCISKI,  )
        )
  Plaintiff,     )
        )
vs.         )  Cause No.: 45C01-2012-CT-001173
        )
BEST BUY, BEST BUY CO, )
INC., BEST BUY STORES, LP, )
MAC EXPRESS TRUCKING )
COMPANY, J.B. HUNT  )
TRANSPORT, INC, J.B.  )
HUNT, LLC      )
        )
  Defendants.   )

**Filed in Open Court**

December 23, 2020

LAKE CIRCUIT COURT

MM

### DISMISSAL ORDER

THIS CAUSE COMING ON TO BE HEARD pursuant to the Plaintiff's Motion to Dismiss Defendant, J.B. Hunt, LLC, Only, with prejudice, and without costs, the Complaint of the Plaintiff, Thomas Franciski, against said Defendant due notice having been given and the Court being first fully advised of the premises;

IT IS HEREBY ORDERED:

The Complaint of the Plaintiff, THOMAS FRANCISKI, against the Defendant, J.B. HUNT, LLC, is hereby dismissed with prejudice <u>only</u> . Plaintiff's Complaint shall remain in full force and effect as to the Defendants, Best Buy, Best Buy Co, Inc., Best Buy Stores, LP, Mac Express Trucking Company and J.B. Hunt Transport, Inc.

DATE: **December 23, 2020**      ENTERED:

               _Marissa McDermott_

               JUDGE         MM

STATE OF INDIANA     )         IN THE LAKE CIRCUIT COURT
                       ) SS:
COUNTY OF LAKE     )         CAUSE NO. 45C01-2012-CT-001173

THOMAS FRANCISKI,         )
                           )
        Plaintiff,        )
                           )
   v.                        )
                           )
BEST BUY, BEST BUY CO., INC.,  )
BEST BUY STORES, LP, MAC    )
EXPRESS TRUCKING COMPANY,  )
J.B. HUNT TRANSORT, INC.,     )
J.B. HUNT, LLC,             )
                           )
        Defendants.     )

## DEFENDANTS BEST BUY, BEST BUY CO., INC., BEST BUY STORES, LP, AND J.B. HUNT TRANSPORT, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendants, Best Buy, Best Buy Co., Inc., Best Buy Stores, LP, and J.B. Hunt Transport, Inc. (hereinafter referred to collectively as "Defendants"), by counsel, for their answer and affirmative defenses to Plaintiff's Complaint for Damages, state as follows:

1.     On December 3, 2018, Plaintiff, Thomas Franciski, invited the Defendants to his home located at 2608 Birch Avenue, Whiting, IN 46394, to deliver a dryer he ordered from Best Buy.

**ANSWER: Defendants deny the material allegations of rhetorical paragraph 1 of Plaintiff's Complaint for Damages. To the extent further response is contemplated, Defendants deny any liability to the Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.**

2.     That at said date and place, the Defendants were negligent and at fault and created and [sic] unsafe condition for Plaintiff, Thomas Franciski.

**ANSWER: Defendants deny the material allegations of rhetorical paragraph 2 of Plaintiff's Complaint for Damages and further deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.**

3.     That as a direct and proximate result of the Defendants' fault and negligence, the Plaintiff was injured, some of which may be permanent, incurred medical expenses, economic loss, and was otherwise damaged when he tripped and fell on the straps that were left laying on the floor by the Defendants.

**ANSWER:  Defendants deny the material allegations of rhetorical paragraph 3 of Plaintiff's Complaint for Damages and further deny any liability to Plaintiff for the incident, injuries and damages alleged in Plaintiff's Complaint for Damages.**

WHEREFORE, Defendants, Best Buy, Best Buy Co., Inc., Best Buy Stores, LP, and J.B. Hunt Transport, Inc., by counsel, respectfully request that the Court enter judgment in their favor and against the Plaintiff on all claims, counts, and causes of action of Plaintiff against Defendants in Plaintiff's Complaint for Damages, for their costs in this action, and for all other relief just and proper in the premises.

**AFFIRMATIVE DEFENSES**

Defendants, Best Buy, Best Buy Co., Inc., Best Buy Stores, LP, and J.B. Hunt Transport, Inc., by counsel, for their affirmative defenses to Plaintiff's Complaint for Damages in this cause of action, state as follows:

1.     Any paragraph not specifically admitted or denied herein is hereby denied.

2.     Plaintiff may have been guilty of comparative fault which fault may serve to bar or reduce any recovery by Plaintiff for the damages alleged herein.

3.     Plaintiff may have failed to mitigate his damages, if any.

4.     Plaintiff may have already been compensated for his damages by other sources and Defendants would be entitled to credit or set of for any such sums in accordance with the Indiana Collateral Source Rule.

5.    Defendants reserve the right to supplement these affirmative defenses as discovery and investigation continue.

WHEREFORE, Defendants, Best Buy, Best Buy Co., Inc., Best Buy Stores, LP, and J.B. Hunt Transport, Inc., by counsel, respectfully request that the Court enter judgment in their favor and against the Plaintiff on all claims, counts and allegations of Plaintiff against Defendants in Plaintiff's Complaint for Damages, for their costs in this action, and for all other relief just and proper in the premises.

## REQUEST FOR TRIAL BY JURY

Defendants, Best Buy, Best Buy Co., Inc., Best Buy Stores, LP, and J.B. Hunt Transport, Inc., by counsel, pursuant to Rule 38(B) of the Indiana Rules of Trial Procedure, hereby respectfully request a trial by jury as to all issues triable by jury.

Respectfully submitted,

CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

/s/ Keith A. Gaston, Esq.
Keith A. Gaston, Esq., #7069-49
Bruce D. Jones, Esq., #28624-29
Bradley M. Owen, Esq., #32711-32
Rachel O. Webster, Esq., #34251-49

*Counsel for Defendants, Best Buy, Best Buy Co., Inc., Best Buy Stores, LP, and J.B. Hunt Transport, Inc.*

3077 E. 98th Street, Suite 280
Indianapolis, IN 46280
(317) 816-0300
(317) 816-1604 (fax)

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS).

I also certify that on January 19, 2021, the foregoing document was served upon the following person via IEFS.

Terrence M. Rubino, Esq.
RUBINO, RUMAN, CROSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311

/s/ Keith A. Gaston, Esq.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. 45C01-2012-CT-001173 |

| | |
|---|---|
| THOMAS FRANCISKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEST BUY, BEST BUY CO., INC., | ) |
| BEST BUY STORES, LP, MAC | ) |
| EXPRESS TRUCKING COMPANY, | ) |
| J.B. HUNT TRANSORT, INC., | ) |
| | ) |
| Defendants. | ) |

## <u>JOINT STIPULATION OF DISMISSAL</u><br><u>AS TO DEFENDANT BEST BUY, ONLY</u>

Plaintiff, Thomas Franciski, by counsel, and Defendants, Best Buy Co., Inc., Best Buy

Stores, LP, and J.B. Hunt Transport, Inc., by their respective counsel, hereby agree and stipulate

to dismiss all claims of Plaintiff against Defendant Best Buy, only, without prejudice, and with

all parties bearing their own costs. All other claims shall remain pending.

Respectfully submitted by:


/s/ Bradley M. Owen, Esq.
Keith A. Gaston, Esq.
Bruce D. Jones, Esq.
Bradley M. Owen, Esq.
Rachel O. Webster, Esq.

*Counsel for Defendants, Best Buy Co., Inc.,*
*Best Buy Stores, LP and J.B. Hunt Transport,*
*Inc.*

/s/ Terrence M. Rubino, Esq.
Terrence M. Rubino, Esq.
RUBINOUMAN, CROSSMER & POLEN
275 Joliet Street, Suite 330
Dyer, IN 46311

*Counsel for Plaintiff, Thomas Franciski*

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. 45C01-2012-CT-001173 |

| | |
|---|---|
| THOMAS FRANCISKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BEST BUY, BEST BUY CO., INC., | ) |
| BEST BUY STORES, LP, MAC | ) |
| EXPRESS TRUCKING COMPANY, | ) |
| J.B. HUNT TRANSORT, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

Plaintiff, Thomas Franciski, by counsel, and Defendants, Best Buy Co., Inc., Best Buy

Stores, LP, and J.B. Hunt Transport, Inc., by their respective counsel, having filed their joint

stipulation of dismissal, and the Court having reviewed the same, hereby APPROVES the joint

stipulation.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims

in the above-referenced cause of action as to Defendant Best Buy, only, are hereby dismissed,

without prejudice, and with all parties bearing their own costs. All other claims shall remain

pending.

Dated:_____      _____

                                 JUDGE, Lake Circuit Court

COPIES TO:

All Counsel via IEFS

{Firm/30001/00102/02888633.DOC }